FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 20 2010 ★

BROOKLYN OFFICE

GINO JOSH SINGER
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007
TELEPHONE: 212 227 6655
FACSIMILE: 212 732 6972
E MAIL: LAW299RICO@AOL.COM

September 7, 2010

**BY ECF AND E MAIL: VERONICA_FRULLO@NYED.USCOURTS.GOV**

Hon. Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The application is ✓ granted. ___ denied.
SO ORDERED.

s/Sandra L. Townes
Sandra L. Townes, U.S.D.J.
Dated: September 10, 2010
Brooklyn, New York

Re: <u>United States v. Shahnti O'Neill</u>
CR 10 300

Dear Judge Townes:

      I represent Shahnti O'Neill. As you are aware, Mr. O'Neill was granted permission to travel to Japan on September 14, 2010 to September 30 2010. This letter is written to request that the dates of travel be changed to September 20, 2010 through October 8, 2010.

      Apparently, due to production delays regarding the apparel order they are manufacturing for the yoga convention, Mr. O'Neill and Ms. Keen will not be leaving for Japan until September 20, 2910. They cannot leave until the order is shipped. The convention is still being held on the same dates but all their press interviews and appearances have been rescheduled. As I pointed out in the earlier correspondence to the Court, which prompted your Honor to grant the travel application, inasmuch as this trip is only made once a year, Mr. O'Neill and Ms. Keen have scheduled many interviews and appearances.

      The government, through assistant United States attorney Steven Tiscione consents to the change of dates and the granting of this application.

      For the foregoing reason, it is respectfully requested that the Court grant a change in my client's travel dates and allow him to travel to Japan on September 20, 2010 and return October 8, 2010. All other travel related details will remain the same.

Very truly yours,

/s/
Gino Josh Singer

GJS/ms
cc: Steven L. Tiscione, Esq.
    **BY FACSIMILE: 718 254 6321**